DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA 19020-7832

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Sheri E Johnson
21 Goodrock Rd
Levittown, PA 19057-3418
Soc Sec #: xxx-xx-xxxx    Employee ID:

Home Department: 400 Home Health Aide

Pay Period: 07/26/21 to 08/08/21
Check Date: 08/13/21    Check #:

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 097 | 736.71 | 736.71 |
| NET PAY | 736.71 | 736.71 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Wk 2 | 40.00 | 12.0000 | 480.00 | 40.00 | 480.00 |
| Overtime Wk 2 | 24.00 | 18.0000 | 432.00 | 24.00 | 432.00 |
| Total Hours | 64.00 | | | | |
| Gross Earnings | | | 912.00 | | 912.00 |
| Total Hrs Worked | 64.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 56.54 | 56.54 |
| Medicare | | 13.22 | 13.22 |
| Fed Income Tax | SMS | 43.86 | 43.86 |
| PA Income Tax | | 28.00 | 28.00 |
| PA Unemploy | | 0.55 | 0.55 |
| PA BENSA-Buc In | | 9.12 | 9.12 |
| PA LBENB-Buc L | | 2.00 | 2.00 |
| TOTAL | | 153.29 | 153.29 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Background chec | 22.00 | 22.00 |
| TOTAL | 22.00 | 22.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 736.71 | 736.71 |

Payrolls by Paychex, Inc.

0940 1411-6928  Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA 19020-7832 • (215) 808-0089

DYNAMIC HOME HEALTH CARE INC
550 State Road
Bensalem PA 19020-7832

ORG: 400 Home Health Aide
EE ID:           DD

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Sheri E Johnson | | |
| 21 Goodrock Rd | | |
| Levittown, PA 19057-3418 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: | | |
| Home Department: 400 Home Health Aide | | |
| Pay Period: 08/09/21 to 08/22/21 | | |
| Check Date: 08/27/21   Check #: | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 097 | 1508.69 | 2245.40 |
| **NET PAY** | **1508.69** | **2245.40** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Wk 1 | 40.00 | 12.0000 | 480.00 | 40.00 | 480.00 |
| Regular Wk 2 | 40.00 | 12.0000 | 480.00 | 80.00 | 960.00 |
| Overtime Wk 1 | 20.00 | 18.0000 | 360.00 | 20.00 | 360.00 |
| Overtime Wk 2 | 32.00 | 18.0000 | 576.00 | 56.00 | 1008.00 |
| **Total Hours** | 132.00 | | | 196.00 | |
| **Gross Earnings** | | | 1896.00 | | 2808.00 |
| **Total Hrs Worked** | 132.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 117.56 | 174.10 |
| Medicare | | 27.50 | 40.72 |
| Fed Income Tax | SMS | 161.94 | 205.80 |
| PA Income Tax | | 58.21 | 86.21 |
| PA Unemploy | | 1.14 | 1.69 |
| PA BENSA-Buc In | | 18.96 | 28.08 |
| PA LBENB-Buc L | | 2.00 | 4.00 |
| **TOTAL** | | 387.31 | 540.60 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Background chec | | 22.00 |
| **TOTAL** | | 22.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1508.69 | 2245.40 |

0940 1411-6928  Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA 19020-7832 • (215) 808-0089

Payrolls by Paychex, Inc.

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA 19020-7832

ORG: 400 Home Health Aid
EE ID:    DD

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Sheri E Johnson
21 Goodrock Rd
Levittown, PA 19057-3418
Soc Sec #: xxx-xx-xxxx    Employee ID:

Home Department: 400 Home Health Aide

Pay Period: 08/23/21 to 09/05/21
Check Date: 09/10/21    Check #:

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 097 | 1371.52 | 3616.92 |
| NET PAY | 1371.52 | 3616.92 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Wk 1 | 40.00 | 12.0000 | 480.00 | 80.00 | 960.00 |
| Regular Wk 2 | 40.00 | 12.0000 | 480.00 | 120.00 | 1440.00 |
| Overtime Wk 1 | 20.00 | 18.0000 | 360.00 | 40.00 | 720.00 |
| Overtime Wk 2 | 22.00 | 18.0000 | 396.00 | 78.00 | 1404.00 |
| Total Hours | 122.00 | | | 318.00 | |
| Gross Earnings | | | 1716.00 | | 4524.00 |
| Total Hrs Worked | 122.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 106.39 | 280.49 |
| Medicare | | 24.88 | 65.60 |
| Fed Income Tax | SMS | 140.34 | 346.14 |
| PA Income Tax | | 52.68 | 138.89 |
| PA Unemploy | | 1.03 | 2.72 |
| PA BENSA-Buc In | | 17.16 | 45.24 |
| PA LBENB-Buc L | | 2.00 | 6.00 |
| TOTAL | | 344.48 | 885.08 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Background chec | | 22.00 |
| TOTAL | | 22.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1371.52 | 3616.92 |

0940 1411-6928 Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA 19020-7832 • (215) 808-0089

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA  19020-7832

ORG: L400 Home Health Aide
EE ID: ▮▮▮▮    DD

NON-NEGOTIABLE

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA  19057-3418

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Sheri E Johnson
21 Goodrock Rd
Levittown, PA  19057-3418
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** ▮▮▮▮

**Home Department:** 400 Home Health Aide

**Pay Period:** 07/26/21 **to** 08/08/21
**Check Date:** 08/13/21    **Check #:** ▮▮▮▮

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 097 | 736.71 | 736.71 |
| **NET PAY** | **736.71** | **736.71** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---:|---:|---:|---:|---:|
| Regular Wk 2 | 40.00 | 12.0000 | 480.00 | 40.00 | 480.00 |
| Overtime Wk 2 | 24.00 | 18.0000 | 432.00 | 24.00 | 432.00 |
| **Total Hours** | 64.00 | | | 64.00 | |
| **Gross Earnings** | | | 912.00 | | 912.00 |
| **Total Hrs Worked** | 64.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 56.54 | 56.54 |
| Medicare | | 13.22 | 13.22 |
| Fed Income Tax | SMS | 43.86 | 43.86 |
| PA Income Tax | | 28.00 | 28.00 |
| PA Unemploy | | 0.55 | 0.55 |
| PA BENSA-Buc In | | 9.12 | 9.12 |
| PA LBENB-Buc L | | 2.00 | 2.00 |
| **TOTAL** | | 153.29 | 153.29 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Background chec | 22.00 | 22.00 |
| **TOTAL** | **22.00** | **22.00** |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **736.71** | **736.71** |

*Payrolls by Paychex, Inc.*

0940 1411-6928  Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA  19020-7832 • (215) 808-0089

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA 19020-7832

ORGL 400 Home Health Aide
EE ID     DD

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

### PERSONAL AND CHECK INFORMATION
Sheri E Johnson
21 Goodrock Rd
Levittown, PA 19057-3418
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:**

**Home Department:** 400 Home Health Aide

**Pay Period:** 08/09/21 **to** 08/22/21
**Check Date:** 08/27/21    **Check #:**

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 097 | 1508.69 | 2245.40 |
| **NET PAY** | **1508.69** | **2245.40** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---:|---:|---:|---:|---:|
| Regular Wk 1 | 40.00 | 12.0000 | 480.00 | 40.00 | 480.00 |
| Regular Wk 2 | 40.00 | 12.0000 | 480.00 | 80.00 | 960.00 |
| Overtime Wk 1 | 20.00 | 18.0000 | 360.00 | 20.00 | 360.00 |
| Overtime Wk 2 | 32.00 | 18.0000 | 576.00 | 56.00 | 1008.00 |
| **Total Hours** | 132.00 | | | 196.00 | |
| **Gross Earnings** | | | 1896.00 | | 2808.00 |
| **Total Hrs Worked** | 132.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 117.56 | 174.10 |
| Medicare | | 27.50 | 40.72 |
| Fed Income Tax | SMS | 161.94 | 205.80 |
| PA Income Tax | | 58.21 | 86.21 |
| PA Unemploy | | 1.14 | 1.69 |
| PA BENSA-Buc In | | 18.96 | 28.08 |
| PA LBENB-Buc L | | 2.00 | 4.00 |
| **TOTAL** | | 387.31 | 540.60 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Background chec | | 22.00 |
| **TOTAL** | | 22.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1508.69** | **2245.40** |

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA  19020-7832

ORG: 400 Home Health Aide
EE ID: ███    DD

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA  19057-3418

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Sheri E Johnson
21 Goodrock Rd
Levittown, PA  19057-3418
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** ███

**Home Department:** 400 Home Health Aide

**Pay Period:** 08/23/21 **to** 09/05/21
**Check Date:** 09/10/21    **Check #:** ███

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 097 | 1371.52 | 3616.92 |
| **NET PAY** | **1371.52** | **3616.92** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---:|---:|---:|---:|---:|
| Regular Wk 1 | 40.00 | 12.0000 | 480.00 | 80.00 | 960.00 |
| Regular Wk 2 | 40.00 | 12.0000 | 480.00 | 120.00 | 1440.00 |
| Overtime Wk 1 | 20.00 | 18.0000 | 360.00 | 40.00 | 720.00 |
| Overtime Wk 2 | 22.00 | 18.0000 | 396.00 | 78.00 | 1404.00 |
| **Total Hours** | 122.00 | | | 318.00 | |
| **Gross Earnings** | | | 1716.00 | | 4524.00 |
| **Total Hrs Worked** | 122.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 106.39 | 280.49 |
| Medicare | | 24.88 | 65.60 |
| Fed Income Tax | SMS | 140.34 | 346.14 |
| PA Income Tax | | 52.68 | 138.89 |
| PA Unemploy | | 1.03 | 2.72 |
| PA BENSA-Buc In | | 17.16 | 45.24 |
| PA LBENB-Buc L | | 2.00 | 6.00 |
| **TOTAL** | | **344.48** | **885.08** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Background chec | | 22.00 |
| **TOTAL** | | **22.00** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1371.52** | **3616.92** |

*Payrolls by Paychex, Inc.*

0940 1411-6928  Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA  19020-7832 • (215) 808-0089

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA 19020-7832

ORG: 400 Home Health Aide
EE ID: 8181    DD

NON-NEGOTIABLE

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA 19057-3418

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Sheri E Johnson
21 Goodrock Rd
Levittown, PA 19057-3418
**Soc Sec #:** xxx-xx-xxxx  **Employee ID:**

**Home Department:** 400 Home Health Aide

**Pay Period:** 09/06/21 **to** 09/19/21
**Check Date:** 09/24/21  **Check #:**
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 097 | 1453.83 | 5070.75 |
| **NET PAY** | **1453.83** | **5070.75** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Wk 1 | 40.00 | 12.0000 | 480.00 | 120.00 | 1440.00 |
| Regular Wk 2 | 40.00 | 12.0000 | 480.00 | 160.00 | 1920.00 |
| Overtime Wk 1 | 24.00 | 18.0000 | 432.00 | 64.00 | 1152.00 |
| Overtime Wk 2 | 24.00 | 18.0000 | 432.00 | 102.00 | 1836.00 |
| **Total Hours** | 128.00 | | | 446.00 | |
| **Gross Earnings** | | | 1824.00 | | 6348.00 |
| **Total Hrs Worked** | 128.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 113.09 | 393.58 |
| Medicare | | 26.45 | 92.05 |
| Fed Income Tax | SMS | 153.30 | 499.44 |
| PA Income Tax | | 56.00 | 194.89 |
| PA Unemploy | | 1.09 | 3.81 |
| PA BENSA-Buc In | | 18.24 | 63.48 |
| PA LBENB-Buc L | | 2.00 | 8.00 |
| **TOTAL** | | 370.17 | 1255.25 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Background chec | | 22.00 |
| **TOTAL** | | 22.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1453.83** | **5070.75** |

*Payrolls by Paychex, Inc.*

0940 1411-6928  Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA 19020-7832 • (215) 808-0089

DYNAMIC HOME HEALTH CARE INC
550 State Road Suite 113
Bensalem PA  19020-7832

ORG: 400 Home Health Aide
EE ID: ███    DD

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA  19057-3418

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Sheri E Johnson
21 Goodrock Rd
Levittown, PA  19057-3418
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** ███

**Home Department:** 400 Home Health Aide

**Pay Period:** 09/20/21 **to** 10/03/21
**Check Date:** 10/08/21    **Check #:** ███

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 0.00 |
| Chkg 097 | 642.31 | 5713.06 |
| **NET PAY** | **642.31** | **5713.06** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---:|---:|---:|---:|---:|
| Regular Wk 1 | 11.50 | 12.0000 | 138.00 | 131.50 | 1578.00 |
| Regular Wk 2 | 40.00 | 12.0000 | 480.00 | 200.00 | 2400.00 |
| Overtime Wk 2 | 8.00 | 18.0000 | 144.00 | 110.00 | 1980.00 |
| Overtime Wk 1 | | | | 64.00 | 1152.00 |
| **Total Hours** | 59.50 | | | 505.50 | |
| **Gross Earnings** | | | 762.00 | | 7110.00 |
| **Total Hrs Worked** | 59.50 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 47.24 | 440.82 |
| Medicare | | 11.05 | 103.10 |
| Fed Income Tax | SMS | 27.93 | 527.37 |
| PA Income Tax | | 23.39 | 218.28 |
| PA Unemploy | | 0.46 | 4.27 |
| PA BENSA-Buc In | | 7.62 | 71.10 |
| PA LBENB-Buc L | | 2.00 | 10.00 |
| **TOTAL** | | 119.69 | 1374.94 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Background chec | | 22.00 |
| **TOTAL** | | 22.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **642.31** | **5713.06** |

*Payrolls by Paychex, Inc.*

0940 1411-6928  Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA  19020-7832 • (215) 808-0089

**DYNAMIC HOME HEALTH CARE INC**
550 State Road Suite 113
Bensalem PA  19020-7832

ORG: 400 Home Health Aide
EE ID: ▇▇▇    DD

NON-NEGOTIABLE

SHERI E JOHNSON
21 GOODROCK RD
LEVITTOWN PA  19057-3418

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Sheri E Johnson | | |
| 21 Goodrock Rd | | |
| Levittown, PA  19057-3418 | | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** ▇▇▇ | | |
| **Home Department:** 400 Home Health Aide | | |
| **Pay Period:** 10/04/21 **to** 10/17/21 | | |
| **Check Date:** 10/22/21  **Check #:** ▇▇▇ | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 097 | 312.96 | 6026.02 |
| **NET PAY** | **312.96** | **6026.02** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Wk 1 | | | | 131.50 | 1578.00 |
| | Regular Wk 2 | 25.50 | 14.0000 | 357.00 | 225.50 | 2757.00 |
| | Overtime Wk 1 | | | | 64.00 | 1152.00 |
| | Overtime Wk 2 | | | | 110.00 | 1980.00 |
| | **Total Hours** | 25.50 | | | 531.00 | |
| | **Gross Earnings** | | | 357.00 | | 7467.00 |
| | **Total Hrs Worked** | 25.50 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 22.13 | 462.95 |
| | Medicare | | 5.17 | 108.27 |
| | Fed Income Tax | SMS | | 527.37 |
| | PA Income Tax | | 10.96 | 229.24 |
| | PA Unemploy | | 0.21 | 4.48 |
| | PA BENSA-Buc In | | 3.57 | 74.67 |
| | PA LBENB-Buc L | | 2.00 | 12.00 |
| | **TOTAL** | | 44.04 | 1418.98 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Background chec | | 22.00 |
| | **TOTAL** | | 22.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **312.96** | **6026.02** |

*Payrolls by Paychex, Inc.*

0940 1411-6928  Dynamic Home Health Care Inc • 550 State Road Suite 113 • Bensalem PA  19020-7832 • (215) 808-0089