# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-12778-MDC

SHERI JOHNSON

21 GOODROCK ROAD

LEVITTOWN, PA 19057

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHERI JOHNSON

21 GOODROCK ROAD

LEVITTOWN, PA 19057

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

/S/ Kenneth E. West
_____

Date: 6/14/2022

Kenneth E. West, Esquire
Chapter 13 Standing Trustee