

Cavalry Portfolio Services, LLC
PO Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

July 6, 2022

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania

**<u>WITHDRAWAL OF PROOF OF CLAIM</u>**

Re: Sheri Johnson
Case Number 21-12778

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim# 1, claim amount $478.11 date filed 10/12/2021.
If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Cheryl Guziczek
Bankruptcy Specialist
Cavalry Portfolio Services, LLC

Kenneth E. West - Chapter 13 Trustee

Brad J. Sadek – Attorney for Debtor