United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-12778-mdc

Sheri Johnson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4

Date Rcvd: Aug 04, 2022     Form ID: 155     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheri Johnson, 21 Goodrock Road, Levittown, PA 19057-3418 |
| 14641951 | + | Bucks Co Children & Youth Social Service, c/o Jackman Law, 2460 N Whittmore Street, Furlong, PA 18925-1513 |
| 14641978 | | Holy Familyc, Grant & Frankford, Torresdale, PA 19114 |
| 14648622 | + | MIDFIRST BANK, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14641989 | + | Princfcu, 104 Carnegie Center, Princeton, NJ 08540-6232 |
| 14641992 | + | Summit Public Adjusters, Inc., 2436 Bristol Road, Bensalem, PA 19020-6002 |
| 14657006 | + | Township of Bristol, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14657007 | + | Township of Middletown, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14641949 | | Email/Text: collectors@arresourcesinc.com | Aug 04 2022 23:48:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14642130 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 23:49:41 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14642372 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 23:49:53 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14648644 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 23:50:08 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641948 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 04 2022 23:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14641950 | ^ | MEBN | Aug 04 2022 23:42:28 | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |
| 14645611 | + | Email/Text: documentfiling@lciinc.com | Aug 04 2022 23:48:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14641952 | + | Email/Text: bankruptcy@cavps.com | Aug 04 2022 23:48:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14642160 | + | Email/Text: bankruptcy@cavps.com | Aug 04 2022 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14641953 | + | Email/Text: dylan.succa@commercialacceptance.net | Aug 04 2022 23:48:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14641954 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 04 2022 23:49:00 | Credit Collection Services, Attn: Bankruptcy, 725 |

Case 21-12778-mdc   Doc 42   Filed 08/06/22   Entered 08/07/22 00:28:36   Desc Imaged
                         Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Aug 04, 2022 | Form ID: 155 | Total Noticed: 40 |

| Recipient # | | Delivery Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | Canton St, Norwood, MA 02062-2679 |
| 14644051 | | Email/Text: mrdiscen@discover.com | Aug 04 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14641955 | + | Email/Text: mrdiscen@discover.com | Aug 04 2022 23:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14641956 | + | Email/Text: bncnotifications@pheaa.org | Aug 04 2022 23:48:00 | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641965 | + | Email/Text: bncnotifications@pheaa.org | Aug 04 2022 23:48:00 | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 14641979 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2022 23:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14641980 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2022 23:48:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14650319 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 04 2022 23:49:41 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14645797 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14641981 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 23:48:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14641983 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 04 2022 23:49:53 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14641984 | | Email/Text: bankruptcy@nationalcreditsystems.com | Aug 04 2022 23:48:00 | National Credit Systems, Inc., Attn: Bankruptcy, Po Box 312125, Atlanta, GA 31131 |
| 14645551 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 04 2022 23:48:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14641985 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 23:50:09 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14654272 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2022 23:49:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14641991 | | Email/Text: bankruptcy@self.inc | Aug 04 2022 23:48:00 | Selfinc/lead, Attn: Bankruptcy, 515 Congress Avenue #2200, Austin, TX 78701 |
| 14642010 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 23:50:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14641993 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 23:50:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14641994 | + | Email/Text: bncmail@w-legal.com | Aug 04 2022 23:48:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14641995 | + | Email/Text: documentfiling@lciinc.com | Aug 04 2022 23:48:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14644306 | | Email/Text: bncnotifications@pheaa.org | Aug 04 2022 23:48:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14641997 | | ^ MEBN | Aug 04 2022 23:42:29 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 155 | Total Noticed: 40 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14641957 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641958 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641959 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641960 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641961 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641962 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641963 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641964 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641966 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641967 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641968 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641969 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641970 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641971 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641972 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641973 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641974 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641975 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641976 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641977 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641982 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14641986 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14641987 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14641988 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14641990 | *+ | Princfcu, 104 Carnegie Center, Princeton, NJ 08540-6232 |
| 14641996 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Sheri Johnson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 04, 2022 | Form ID: 155 | Total Noticed: 40 |

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sheri Johnson
      Debtor(s)                                         Chapter: 13

                                                                 Bankruptcy No: 21−12778−mdc

_____

***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

    AND NOW, this August 4, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                          Magdeline D. Coleman
                                                                          Chief Judge ,
                                                                          United States Bankruptcy Court

                                                                                                       40
                                                                                Form 155