IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|     Sheri Johnson | : | Chapter 13 |
| | : | Case No.: 21-12778-MDC |
|     Debtor(s) | : | |
| | : | |

**Notice of Motion, Response Deadline and Hearing Date**

    Brad J. Sadek, Esq., attorney for the debtor(s) in the above captioned matter, have filed a Motion to Approve Loan Modification for the reasons detailed in the enclosed Motion.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

    1.    If you do NOT want the court to grant the relief sought in the motion, then on or before **October 1, 2022** you or your Attorney must do ALL of the following:

If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a)    file an answer explaining your position at:
>United States Bankruptcy Court
>Eastern District of Pennsylvania
>900 Market Street, Suite 400
>Philadelphia, PA 19107

(b)    mail a copy to the movant's attorney:
>Brad J. Sadek, Esq.
>1500 JFK Blvd.- Suite 220
>Philadelphia, PA 19102

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed motion.

    3.    A hearing on the motion is scheduled to be held before the Chief Honorable Magdeline D. Coleman, United States Bankruptcy Judge on, **October 6, 2022 at 11:00AM** at The United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107 Courtroom **#2.**

    4.    You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.