# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| Sheri Johnson | : | Chapter 13 |
| | : | Case No.: 21-12778 MDC |
| Debtor(s) | : | |
| | : | |

## O R D E R

AND NOW, this __6th__ day of __October__ 2022, upon consideration of the Motion to Approve Loan Modification, it is hereby;

ORDERED and DECREED that Debtors' loan modification is approved and an Modified Plan may be filed to apply changes to the Chapter 13 Plan as necessary.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE