**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Sheri Johnson | : | Chapter 13 |
| | : | Case No.: 21-12778 MDC |
| Debtor(s) | : | |

## <u>O R D E R</u>

AND NOW, this _____6th_____ day of _____October_____ 2022, upon consideration of

the Motion to Modify Plan after Confirmation it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in

consideration of the loan modification with Midland Mortgage.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE