**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 21-12778-MDC

SHERI JOHNSON

21 GOODROCK ROAD

LEVITTOWN, PA 19057

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHERI JOHNSON

21 GOODROCK ROAD

LEVITTOWN, PA 19057

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

/S/ Kenneth E. West

Date: 2/2/2023

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee