#### IN THE UNITED STATES BANKRUPTCY COURT
#### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Sheri Johnson | : | Chapter 13 |
|  | : | Case No.: 21-12778-MDC |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Approve Partial Claim and* respectfully request that the Order attached to the Motion be entered.

Dated: August 4, 2023                     /s/ Brad J. Sadek, Esquire
                                           Brad J. Sadek, Esquire
                                           Sadek and Cooper Law Offices, LLC
                                           1500 JFK Boulevard, Suite #220
                                           Philadelphia, Pa 19102
                                           brad@sadeklaw.com
                                           215-545-0008