# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | Chapter 13 |
| SHERI JOHNSON | : | |
| | : | Case No. 21-12778-MDC |
| Debtor. | : | |

## **O R D E R**

AND NOW, upon consideration of the Debtor's Motion to Approval Partial Claim, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Partial Claim is APPROVED.

FURTHER ORDERED

BY THE COURT:

Date: August 23, 2023

_____
HONORABLE MAGDELINE D COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE