**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Sheri Johnson | : | |
| | : | Case No.: 21-12778-PMM |
| Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: April 15, 2024            /s/ Brad J. Sadek, Esquire
                                              Brad J. Sadek, Esquire
                                              Sadek Law Offices, LLC
                                              1500 JFK Boulevard, Suite #220
                                              Philadelphia, Pa 19102
                                              brad@sadeklaw.com
                                              215-545-0008