### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Sheri Johnson | : | Chapter 13 |
| | : | Case No.: 21-12778 PMM |
|     Debtors | : | |

## AMENDED ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. #99, the "Motion")

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #99), is **approved.**

Dated:_____

                                           HONORABLE PATRICIA M. MAYER
                                           UNITED STATES BANKRUPTCY JUDGE