### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Sheri Johnson | : | Chapter 13 |
| | : | Case No.: 21-12778 PMM |
| Debtors | : | |

## AMENDED ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. #99, the "Motion")

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #99), is **approved.**

*Patricia M. Mayer* (signature)

Dated:   4/25/24

HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE