**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Sheri Johnson | : | Chapter 13 |
| | : | Case No.: 21-12778-PMM |
|        Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK:**

    Kindly withdraw the Supplemental Application for Compensation filed on March 29, 2024; Docket Entry #102.

Dated:  April 29, 2024                              /s/ Brad J. Sadek
                                                                                                  Brad J. Sadek, Esq.
                                                                                                  Attorney for Debtor(s)