**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| Sheri Johnson | : | Chapter 13 |
| | : | Case No.: 21-12778-PMM |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK:**

Kindly withdraw the Certificate of No Response to Supplemental Application for Compensation filed on April 22, 2024; Docket Entry #107.

Dated:  April 29, 2024              /s/ Brad J. Sadek
                                    Brad J. Sadek, Esq.
                                    Attorney for Debtor(s)