## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Sheri Johnson | : | Chapter 13 |
| | : | Case No.: 21-12778-DJB |
| Debtor | : | |

### O R D E R

AND NOW, upon consideration of the Motion to Approve Loan Modification, and after notice and an opportunity to be heard, it is hereby **ORDERED** that:

1. The Motion is **GRANTED.** **The Motion filed at docket entry 126.**

2. The partial claim loan modification attached to the Motion is **APPROVED.**

BY THE COURT:

Dated: **October 6, 2025**

HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE