United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12778-djb |
| Sheri Johnson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 07, 2025 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheri Johnson, 21 Goodrock Road, Levittown, PA 19057-3418 |
| 14641951 | + | Bucks Co Children & Youth Social Service, c/o Jackman Law, 2460 N Whittmore Street, Furlong, PA 18925-1513 |
| 14641965 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 14641956 | + | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641978 | | Holy Familyc, Grant & Frankford, Torresdale, PA 19114 |
| 14648622 | + | MIDFIRST BANK, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14641989 | + | Princfcu, 104 Carnegie Center, Princeton, NJ 08540-6232 |
| 14641992 | + | Summit Public Adjusters, Inc., 2436 Bristol Road, Bensalem, PA 19020-6002 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 08 2025 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2025 00:37:41 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2025 00:24:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14641949 | | Email/Text: collectors@arresourcesinc.com | Oct 08 2025 00:23:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14642130 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2025 00:24:28 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14642372 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2025 00:24:50 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14648644 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 08 2025 00:24:08 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641948 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 08 2025 00:23:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14641950 | | ^ MEBN | Oct 08 2025 00:14:40 | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |

Case 21-12778-djb    Doc 133    Filed 10/09/25    Entered 10/10/25 00:41:06    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2025 | Form ID: pdf900 | Total Noticed: 45 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14645611 | + | Email/Text: documentfiling@lciinc.com | Oct 08 2025 00:23:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14641952 | + | Email/Text: bankruptcy@cavps.com | Oct 08 2025 00:23:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14642160 | + | Email/Text: bankruptcy@cavps.com | Oct 08 2025 00:23:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14641953 | + | Email/Text: dylan.succa@commercialacceptance.net | Oct 08 2025 00:23:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14641954 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 08 2025 00:23:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14644051 | | Email/Text: mrdiscen@discover.com | Oct 08 2025 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14641955 | + | Email/Text: mrdiscen@discover.com | Oct 08 2025 00:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14641979 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 08 2025 00:23:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14641980 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2025 00:23:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14650319 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 08 2025 00:24:36 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14645797 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2025 00:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14641981 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 08 2025 00:23:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14641983 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 08 2025 00:24:13 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14641984 | | Email/Text: bankruptcy@nationalcreditsystems.com | Oct 08 2025 00:23:00 | National Credit Systems, Inc., Attn: Bankruptcy, Po Box 312125, Atlanta, GA 31131 |
| 14645551 | + | Email/Text: ecfbankruptcy@progleasing.com | Oct 08 2025 00:23:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 14641985 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2025 00:24:50 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14654272 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2025 00:24:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14641991 | | Email/Text: bankruptcy@self.inc | Oct 08 2025 00:23:00 | Selfinc/lead, Attn: Bankruptcy, 515 Congress Avenue #2200, Austin, TX 78701 |
| 14642010 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2025 00:24:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14641993 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2025 00:24:50 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14641994 | + | Email/Text: bncmail@w-legal.com | Oct 08 2025 00:23:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14641995 | | ^ MEBN | Oct 08 2025 00:14:50 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14657006 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 08 2025 00:23:00 | Township of Bristol, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14657007 | + | Email/Text: Bankruptcy@keystonecollects.com | Oct 08 2025 00:23:00 | Township of Middletown, c/o Keystone |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 07, 2025 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14644306 | ^ | MEBN | Oct 08 2025 00:15:09 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14755332 | + | Email/Text: EBN@edfinancial.com | Oct 08 2025 00:23:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14641997 | ^ | MEBN | Oct 08 2025 00:14:42 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Cavalry SPV I, LLC, 500 Summit Lake Dr., Ste 400, Valhalla, NY 10595-2321 |
| 14641957 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641958 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641959 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641960 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641961 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641962 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641963 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641964 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641966 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641967 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641968 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641969 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641970 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641971 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641972 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641973 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641974 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641975 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641976 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641977 | *+ | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14641982 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14641986 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14641987 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14641988 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14641990 | *+ | Princfcu, 104 Carnegie Center, Princeton, NJ 08540-6232 |
| 14641996 | *+ | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 0 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Oct 07, 2025 | Form ID: pdf900 | Total Noticed: 45

Date: Oct 09, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Sheri Johnson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:　　　　　　　　　　　　　　　　　　|　Chapter 13
　　　SHERI  JOHNSON　　　　　　　　　　|
　　　　　　　　　　　　　　　　　　　　|　Bankruptcy No. 21-12778-DJB
　　　　　　　　　　　　　　　　　　　　|
　　　　　　　　　Debtor　　　　　　　　|

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: October 7, 2025**

_____
Honorable Derek J. Baker
Bankruptcy Judge